# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| STEVEN M. JASMIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) FILE NO. _____ |
| | ) |
| SELECT PORTFOLIO SERVICING, | ) Removed from: |
| INC. AND RUBIN LUBLIN, LLC, | ) Gwinnett County Superior Court |
| | ) Case No. 14-A-05755-10 |
| Defendants. | ) |

## NOTICE OF REMOVAL

SELECT PORTFOLIO SERVICING, INC. ("SPS") hereby removes this civil action, pursuant to 28 U.S.C. §§ 1331 and 1441, to the United States District Court for the Northern District of Georgia, Atlanta Division. This Notice of Removal is being filed in accordance with 28 U.S.C. § 1446 and Fed. R. Civ. P. 81(c). SPS states the following grounds in support of removal:

1.  On June 30, 2014 Plaintiff Steven M. Jasmin ("Plaintiff") filed his Complaint against SPS and Rubin Lublin, LLC in the Superior Court of Gwinnett County, Georgia, in a case styled *Jasmin v. Select Portfolio Servicing, Inc. and Rubin Lublin, LLC*, Civil Action Number 14-A-05744-10 (the "Civil Action"). In the Complaint, Plaintiff asserts that SPS and Rubin Lublin violated the federal Fair

Debt Collection Practices Act in the course of pursuing a foreclosure sale of real property located at 1250 Parkwood Circle, SE, Unit 3001, Atlanta, Cobb County, GA, for which Plaintiff seeks injunctive relief and damages. He also asserts a separate claim for attorney's fees and costs under O.C.G.A. § 13-6-11.

2. SPS was served with the Complaint on July 3, 2014. SPS also received a Temporary Restraining Order, entered by the Gwinnett County Superior Court on July 1, 2014.

## PROCEDURAL REQUIREMENTS

3. The United States District Court for the Northern District of Georgia, Atlanta Division, embraces Gwinnett County, Georgia. Removal to this Court is therefore proper under 28 U.S.C. § 1441(a). Venue is proper in this Court for purposes of removal under 28 U.S.C. § 1441(a), but not necessarily for purposes of 28 U.S.C. § 1391 or any other applicable venue provision.

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon SPS in this action, as well as any other documents filed in this action and obtained by SPS from the Court, are collectively attached hereto as Exhibit "A".

5. This removal is timely under 28 U.S.C. § 1446(b)(1) because it has been commenced within thirty (30) days after service upon SPS.

6. As evidenced by the signature of its counsel below, co-defendant Rubin Lublin, LLC consents to removal of the Civil Action, as required under 28 U.S.C. § 1446(b)(2).

7. In compliance with 28 U.S.C. § 1446(d), SPS is, contemporaneously herewith, filing a copy of this Notice of Removal with the Clerk of the Superior Court of Gwinnett County, Georgia. SPS will serve all parties to the Civil Action with a copy of this Notice promptly upon its filing.

8. All fees required by law in connection with this Notice of Removal have been paid by SPS.

## FEDERAL QUESTION JURISDICTION

9. The United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction pursuant to 28 U.S.C. § 1331 because the Civil Action raises issues and claims under the laws of the United States. Specifically, Plaintiff alleges claims arising under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and seeks damages and injunctive relief arising therefrom. (*See* Complaint at ¶¶ 19-25.) Accordingly, removal is proper under 28 U.S.C. § 1441(a).

## SUPPLEMENTAL JURISDICTION

10. This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. §§ 1367(a) and 1441(a). Where the federal courts have original jurisdiction over any claim in a civil action based on a federal question, additional state law claims asserted in the action may also be removed as supplemental claims if said claims arise out of the same "case or controversy" as those claims governed by laws of the United States. *Hudson v. Delta Air Lines*, 90 F.3d 451, 455 (11th Cir. 1996). Here, Plaintiff's state and federal law claims all arise out of a scheduled, but not yet completed, foreclosure sale of residential property located at 1250 Parkwood Circle, SE, Unit 3001, Atlanta, Cobb County, Georgia and alleged violations of the FDCPA related to that foreclosure. (*See* Complaint at ¶¶ 1-18.)

11. All other requirements for removal and federal court jurisdictionhave been satisfied.

12. By filing this Notice of Removal and the associated exhibits, SPS does not waive any objections it may have as to service, jurisdiction, or venue, or any other claims, defenses, or objections that are or may be available to it in this action. Furthermore, SPS makes no admission of fact, law, or liability by this Notice, and it expressly reserves all defenses, motions, and pleas.

WHEREFORE, Defendant SPS prays that this Civil Action proceed in this Court as an action properly removed, and that no further proceedings be had in this case in the Superior Court of Gwinnett County, Georgia.

Dated: August 4, 2014.

**LOCKE LORD LLP**

*/s/ Elizabeth J. Campbell*
Elizabeth J. Campbell
Georgia Bar No. 349249
*Email: ecampbell@lockelord.com*
Alexandra M. Dishun
Georgia Bar No. 184502
*Email: adishun@lockeloard.com*
Terminus 200, Suite 1200
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4600
(404) 872-5547 (fax)

*Attorneys for Select Portfolio Servicing, Inc.*

**CONSENTED TO BY:**

**RUBIN LUBLIN, LLC**

*/s/ Jody C. Campbell*
Jody C. Campbell
Georgia Bar No. 308466
*Email:* jcampbell@rubinlublin.com
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3300
(404) 601-5458 (fax)
*Attorney for Rubin Lublin, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4 2014, I electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system. I further certify that a copy of this Notice of Removal was filed the Clerk of the Superior Court of Gwinnett County, Georgia, and served on the parties below via first class U.S. Mail, postage prepaid.

>John A. Christy
>SCHREEDER, WHEELER & FLINT, LLP
>1100 Peachtree Street, Suite 800
>Atlanta, Georgia 30309
>
>Joey C. Campbell
>RUBIN LUBLIN, LLC
>3740 Davinci Court, Suite 150
>Peachtree Corners, GA 30092

>>*/s/ Elizabeth J. Campbell*
>>Elizabeth J. Campbell
>>Georgia Bar No. 349249
>>
>>*One of the Attorneys for Select Portfolio Servicing, Inc.*

6